UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/15

```
------------------------------------ X
SPECTRUM ORIGINATION LLC,            :
                                     :      15 Civ. 5765
                    Plaintiff,       :
                                     :
     -  against  -                   :
                                     :
WEBB M. SNOWDEN, III, et al.,             :
                                     :
                    Defendants.      :
------------------------------------X
------------------------------------ X
SPECTRUM ORIGINATION LLC,            :
                                     :
                                     :      15 Civ. 5767
                    Plaintiffs,      :
                                     :
     -  against  -                   :      ORDER
                                     :
WEBB M. SNOWDEN, III, et al.,             :
                                     :
                    Defendants.      :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that in all material respects the complaints describe the same or substantially similar underlying events arising out of the same or substantially similar operative facts, and assert the same or substantially similar claims against the same defendants, and that plaintiff in both actions is represented by the same counsel. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate these actions for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower numbered case, 15 Civ. 5765; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 15 Civ. 5767 as a separate action and remove it from the Court's docket.


**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         30 July 2015

_____
        VICTOR MARRERO
        U.S.D.J.